United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Daniel McKelvey,<br>Defendant. | )<br>)<br>)<br>)<br>)  Criminal Case No. 16-20546-CR-Scola<br>)<br>)<br>) |

### Order Adopting Magistrate's Report and Recommendation

This case was referred to United States Magistrate Judge Barry L. Garber, pursuant to Administrative Order 2003-19 of this Court, for a change of plea hearing and for a Report and Recommendation. On July 22, 2016, Judge Garber issued a Report, recommending that the defendant be found to have freely and voluntarily entered to the charge set forth in the information, that his guilty plea be accepted, and he be adjudicated guilty of such offense, and that a sentencing hearing be conducted for a final disposition of this cause (Report of Magistrate, ECF No. 10). The Parties had until August 5, 2016, to file objections to the Report and none were filed.

It is **Ordered and Adjudged** that Judge Barry L. Garber's Report and Recommendation (ECF No. 10) is **affirmed and adopted**. The Court accepts the Defendant's guilty plea and adjudicates him guilty of such offense. A sentencing hearing shall be conducted for a final disposition on October 7, 2016 at 8:30 a.m.

**Done and Ordered** at Miami, Florida, on September 12, 2016.

_____
Robert N. Scola, Jr.
United States District Judge

cc:   Counsel of record